Vincent J. Foley
Marie E. Larsen
787 Seventh Avenue, 31st Floor
New York, NY 10019
Telephone: (212) 513-3200
Fax: (212) 385-9010
Email: vincent.foley@hklaw.com
         marie.larsen@hklaw.com

*Attorneys for Petitioners JMB Shipping ATB 205, LLC, JMB Shipping ATB 220, LLC, and JMB Shipping ATB 284, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JMB SHIPPING ATB 205, LLC, JMB SHIPPING 220, LLC, and JMB SHIPPING ATB 284, LLC<br><br>                                 Petitioners,<br><br>           v.<br><br>UNICO MARINE SERVICES LLC,<br><br>                                 Respondent. | Civil Action No. |

**NOTICE OF PETITION TO VACATE IN PART THE ARBITRATION AWARD OF DAMAGES TO UNICO, AND TO CONFIRM AWARD OF DAMAGES TO JMB**

**PLEASE TAKE NOTICE** that, upon the Petition to Vacate and to Confirm filed by JMB Shipping ATB 205, LLC, JMB Shipping 220, LLC and JMB Shipping ATB 284, LLC (collectively "JMB" or "Petitioners"), dated January 15, 2026, along with the Declaration of Vincent J. Foley and exhibits attached thereto, and Memorandum of Law in support thereof, Petitioners will move this Court, on a date as may be determined by the Court, for an Order and Judgment, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 9-10 (the "FAA"), Vacating the Award of Damages on ATB 205 and ATB 220 to Unico Marine Services LLC ("Unico") and confirming the Award of

Damages on ATB 284 to JMB as reflected in arbitration award dated November 13, 2025 (the "Final Award") in the consolidated arbitration captioned *Unico Marine Services LLC, v. JMB Shipping ATB 205, LLC, JMB Shipping 220, LLC and JMB Shipping ATB 284, LLC*; and awarding such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to stipulation by the parties and subject to approval or modification by this Court, any opposition papers or cross motion, if any, shall be served by February 6, 2026. Reply papers by Petitioners shall be served by February 27, 2026 and Reply on the Cross-Motion, if any, shall be served by March 6, 2026.

Dated: New York, New York,
January 15, 2026

HOLLAND & KNIGHT LLP

/s/ Vincent J. Foley
Vincent J. Foley
Marie E. Larsen
787 Seventh Avenue, 31st Floor
New York, NY 10019
Telephone: (212) 513-3200
Fax: (212) 385-9010
Email: vincent.foley@hklaw.com
marie.larsen@hklaw.com

*Attorneys for JMB Shipping ATB 205, LLC, JMB Shipping ATB 220, LLC, and JMB Shipping ATB 284, LLC.*