UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JMB SHIPPING ATB 205, LLC, JMB SHIPPING 220, LLC, and JMB SHIPPING ATB 284, LLC<br><br>　　　　　　　　　　　Petitioners,<br><br>v.<br><br>UNICO MARINE SERVICES LLC,<br><br>　　　　　　　　　　　Respondent. | Civil Action No. |

**DECLARATION OF VINCENT J. FOLEY IN SUPPORT OF PETITION TO VACATE IN PART THE ARBITRATION AWARD OF DAMAGES TO UNICO, AND TO CONFIRM AWARD OF DAMAGES TO JMB**

I, Vincent J. Foley, affirm pursuant to 28 USC § 1746, as follows:

1. I am an attorney admitted to practice law in the State of New York and a partner at the law firm of Holland & Knight LLP, attorneys for Petitioners JMB Shipping ATB 205,[1] LLC, JMB Shipping 220, LLC and JMB Shipping ATB 284, LLC (collectively "JMB" or "Petitioners"). I submit this declaration in support of JMB's Petition to Vacate in Part the Arbitration Award of Damages to Unico for ATB 205 and ATB 220, and to Confirm the Award of Damages to JMB for ATB 284 as more fully described in the Petition to Vacate and supporting Memorandum of Law.

2. Attached as **Exhibit 01** is a copy of the Final Award dated November 13, 2025, issued in the Consolidated Arbitration captioned *Unico Marine Services LLC v. JMB Shipping ATB 205, LLC, JMB Shipping 220, LLC and JMB Shipping ATB 284, LLC*, which includes a

---

[1] The term "ATB" refers to an articulated tug and barge unit. The disputes subject to arbitration involved ATB 205, ATB 220, and ATB 284.

general discussion of the findings of the arbitrators, and three separate one page awards with respect to each of the Bareboat Charters or "BCs" for ATB 220, ATB 284, ATB 205.

3. Attached as **Exhibit 02** is a true and correct copy of the Bareboat Charter for ATB 220, signed on May 12, 2021, which was previously marked in the Consolidated Arbitration as JMB Exhibit 18.

4. Attached as **Exhibit 03** is a true and correct copy of the Bareboat Charter for ATB 284, signed on May 12, 2021, which was previously marked in the Consolidated Arbitration as JMB Exhibit 19.

5. Attached as **Exhibit 04** is a true and correct copy of the Bareboat Charter for ATB 205, signed on May 5, 2021, which was previously marked in the Consolidated Arbitration as JMB Exhibit 16.

6. Attached as **Exhibit 05** is a true and correct copy of an email dated October 1, 2021 with re: "Notice of Non-Payment and Misuse of the Vessels", which email was previously marked in the Consolidated Arbitration as JMB Exhibit 9.

7. Attached as **Exhibit 06** is a true and correct copy of a letter dated October 5, 2021 from counsel for JMB to counsel for Unico concerning termination of the bareboat charters, which was previously marked in the Consolidated Arbitration as JMB Exhibit 14.

8. Attached as **Exhibit 07** is a true and correct copy of Appendices 1-2 to Unico's Reply Brief dated June 20, 2024.

9. Attached as **Exhibit 08** is a true and correct copy of the August 8, 2024 letter JMB submitted in the arbitration addressing Unico's untimely submission of Appendices 1-3 to Unico's Reply Brief dated June 20, 2024.

DATED:   January 15, 2026
         New York, New York

3

*/s/ Vincent J. Foley*
VINCENT J. FOLEY

Case 1:26-cv-00416  Document 4  Filed 01/16/26  Page 3 of 3