# EXHIBIT 5

| | |
|---|---|
| From: | Steven Shenker <sshenker@ppplic.com> |
| To: | Riccardo Valentini |
| CC: | Vikas Tandon; Steve Kafka; Jeff Gasbarra; Blair Woolheater; Hirsh, Robert M.; Alan Davis |
| Sent: | 10/1/2021 6:12:34 PM |
| Subject: | Notice of Non-payment and Misuse of Vessels |
| Importance: | High |

Riccardo,

Per Section 6(a) of each of the Bareboat Charter Agreements for the Linda Lee Bouchard/Barge B205, Morton S. Bouchard Jr./Barge 220 and the Denise A. Bouchard/Barge 284, this email shall serve as formal notice of the failure to make timely payments.

Additionally, the governing charter parties of the MORENA/UMS 220 and the BELLA/UMS 205 explicitly provide that each mated "Tug and Barge as a unit" is to be operated as a single "VESSEL" by Charterers.[1] Clause 8 further provides, in relevant part, that "CHARTERER shall make no structural or substantial changes to the VESSEL without the OWNERS' prior written approval."

On or about September 1, 2021, Charterers advised Owners of their intention to separate the BELLA/UMS 205 and the MORENA/UMS 220 and to mate the MORENA and UMS 205. As Owners have previously advised, separation and reconfiguration of the Vessels is a structural and substantial change to each Vessel. Owners did not give approval (written or otherwise) for the Vessels to be separated and reconfigured. Despite lack of Owners' approval, on or about September 9, 2021 Charterers proceeded to separate and reconfigure the tug and barge units, mating the MORENA and UMS 205. Charterers' action constitutes an additional event of default under Clause 8 of both governing charter parties. Charterers are hereby placed on notice of this separate default and of their obligation to cure the default within ten (10) calendar days by restoring the Vessels to their original configuration at Charterers' sole expense and risk.

Please be advised accordingly.

Best,
Steven

[1] For avoidance of doubt in light of the recent renaming of the respective equipment, the governing charter of the BELLA/UMS 205 is that certain Bareboat Charter Agreement of the M/V Linda Lee Bouchard and Barge B. No. 205 dated May 5, 2021. The governing charter of the MORENA/UMS 220 is that certain Bareboat Charter Agreement of the M/V Morton S. Bouchard Jr. and Barge B. No. 220 dated May 12, 2021.

Steven Shenker
Portage Point Partners
(646) 582-9781 (o)
(516) 404-1345 (m)
sshenker@ppplic.com

portagepointpartners.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information and is intended only for the use of the intended addressee. It is the property of Portage Point Partners, LLC or its affiliates ("Portage Point"). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to info@ppplic.com and destroy this communication and all copies thereof, including all attachments. The information contained herein is not intended to provide advice or a basis for any investment, operational or other recommendation by Portage Point and Portage Point assumes no liability for any reliance hereon or materials contained herein.

# JMB Exhibit 10

| | |
|---|---|
| From: | Chris O'Toole <cotoole@unico-commodities.com> |
| To: | Riccardo Valentini; Steven Shenker; Blair Woolheater |
| CC: | Jim Monigan; Vikas Tandon; Steve Kafka; Jeff Gasbarra; Hirsh, Robert M.; Alvin Koolman; Alan Davis; 'rg@richardgormanlaw.com'; Edwin Mendoza |
| Sent: | 10/4/2021 4:06:56 PM |
| Subject: | Rubia / UMS 284 Redelivery Notice |
| Attachments: | PODA_JMB_284_re-delivery.pdf |

JMB Shipping :

Unico Marine Services LLC will be redelivering the Tug Rubia and barge UMS 284 tomorrow at the designated Port Of New York. We will be arranging Amspec to conduct a bunker and lube survey, please advise any objections to this.

We are continuing to inventory the vessel and will provide back up for the final hire settlement in due time.

Please advise soonest your intention for crewing and possession of the vessel. Our proposed PODA is attached for your review.

Kindly take note that Owners have an absolute duty to mitigate any damages by re-chartering the VESSEL as soon as possible.


**Chris O'Toole**
www.unico-commodities.com [unico-commodities.com]
**Cell Phone : (281) 908-8537**
**ICE : chotoole**

UNICO

# JMB Exhibit 11

| | |
|---|---|
| **From:** | Riccardo Valentini <rvalentini@unico-commodities.com> |
| **To:** | Adelaida Ferchmin; Steven Shenker |
| **CC:** | Alan Davis; Hirsh, Robert M.; Vikas Tandon (vikas@jmbcapital.com); Blair Woolheater; 'rg@richardgormanlaw.com'; Chris O'Toole; Edwin Mendoza |
| **Sent:** | 10/10/2021 9:34:08 AM |
| **Subject:** | Re: Unico Commodities Notice of Non-Payment |

Adelaida

Thank you for confirming the receipt of the payment within the cure term as per contract, and for your information it does cure the default from Unico Marine otherwise why this clause is there ! your sentence below:

Quote

*To be clear, Unico Commodities' payment of October charter ==hire in fulfillment of its contractual obligations under the parent guarantee== does not cure Unico Marine's breach of Cl. 6(a) of the Bareboat Charter Agreement for the M/V MORENA and UMS 220*

Unquote

So on one side you say that we fulfilled our contractual obligation as parent company guarantee, and then you arise yourself to judge/arbitrator and add… *does not cure Unico Marine's breach* – could you be so kind to point out to us where does it say that does not cure it ?? for sure you guys are smarter than us, but we didn't and/or couldn't find it; so please help us out.

Would be strange to give a parent company the possibility to pay on behalf of its controlled company but NOT give them the effect of curing the default. At the same time don't really know what Columbus day holiday weekend has to do with the payment or what is it that you are trying to suggest, but the payment was received on Friday as per FED number and confirmation was provided to you; Such payment was received by JMB the second business day of the 5 business days that the parent guarantee allows. Remember that neither you or Mr. Shenker are judges nor arbitrators, so whatever you think it or say it's just your personal opinion for now, and still has to be proven and confirmed by a third party judge/panel that will issue a final award to either one of us. Trying to impress me with the nonsense you guys are doing it doesn't really work, but please go ahead and keep doing whatever you think it will work and keep spending Mr. Brooks money as you wish.

Also as you well know since you have unlawful arrested your own assets, since the time of the arrest JMB is liable for payment of the salaries for the entire crew on each unit, food, water, generator fuels, spare parts, H&M, P&I and any other needs the boat/barge have; crew and union will be notify on your behalf and we will send you the payment schedules for the salaries, wage taxes and health insurance costs. Otherwise if you prefer we can get Unico Marine crew out of the unit today notifying USCG and Class. Please let us know which option you prefer, but remember that if you decide that your new crew will be coming on board we will notify USCG, class, freeze insurance coverage on the units, and we need to make sure the they are qualify to operate those units and they have to be there today by 12 pm local time as there are bottoms in each barge (asphalt and gasoline) which are hazard to the environment; USCG, Union and class will be notify by 12 pm today if nobody shows up.

Lastly, bareboat for Morton S. Bouchard Jr./Barge 220 (NKA Morena/UMS 220) and Linda Lee Bouchard/Barge 205 (NKA Bella/UMS 205) are still undergoing contractually and please take this email as notice from Unico Marine that we do extend our bareboat to the next 6 months option as per contract; if you decide to place your crew during the arrest period our crew will be going back on board once you ok that and we will keep operating as per contract.

Any delays associated with your damaging actions will for be evaluated closely by our legal team.

Kind regards,

RV

---

**From:** Adelaida Ferchmin <aferchmin@lawla.com>
**Date:** Friday, October 8, 2021 at 6:43 PM
**To:** Riccardo Valentini <rvalentini@unico-commodities.com>, Steven Shenker <sshenker@pppllc.com>
**Cc:** Alan Davis <adavis@lawla.com>, "Hirsh, Robert M." <rhirsh@lowenstein.com>, "Vikas Tandon (vikas@jmbcapital.com)" <vikas@jmbcapital.com>, Blair Woolheater <BWoolheater@pppllc.com>, "'rg@richardgormanlaw.com'" <rg@richardgormanlaw.com>, Chris O'Toole <cotoole@unico-commodities.com>, Edwin Mendoza <eamendoza@unico-commodities.com>
**Subject:** RE: Unico Commodities Notice of Non-Payment

Richard-

We acknowledge receipt of Riccardo's message below and Unico Commodities' wire payment in the amount of $196,462.50 received minutes before close of banking operations today, the Friday before the Columbus Day holiday weekend.  To be clear, Unico Commodities' payment of October charter hire in fulfillment of its contractual obligations under the parent guarantee does not cure Unico Marine's breach of Cl. 6(a) of the Bareboat Charter Agreement for the M/V MORENA and UMS 220.  Unico Marine failed to pay October charter hire for the M/V MORENA and the UMS 220 by October 1, 2021, and upon being put on notice by JMB Shipping of this failure, failed to cure the default within three banking days (through close of banks on Wednesday, October 6, 2021) in further violation of the terms of the Bareboat Charter Agreement.  Accordingly, JMB Shipping continues to reserve all its rights against Unico Marine under the Bareboat Charter Agreement.

In addition, JMB Shipping reminds Unico Marine of the terms under which it accepted redelivery of the M/V RUBIA and UMS 284.  Namely, JMB Shipping will use all reasonable efforts to recharter the M/V RUBIA and Barge 284 as soon as possible upon redelivery in order to mitigate its damages.  However, all remaining disputes under the charter agreements, including but not limited to disputes over outstanding/unpaid charter hire, unpaid liens, necessary repairs, etc., for the above three ATB vessels will be subject to New York arbitration as set forth in the governing charter parties.

CONFIDENTIAL                                                                                                                                                                        JMB_00006275

P-02915E-00000979

Finally, JMB Shipping reiterates its rejection of Unico Marine's purported offhire notice and unfounded latent defect obligations of the M/V BELLA and UMS 205. This Unit is currently under an order and warrant of arrest issued by the U.S. District Court for the Eastern District of Louisiana and will remain subject to that Court's jurisdiction pending adjudication of JMB Shipping's Verified Complaint.

Regards,
Adi



Adelaida Ferchmin
Attorney At Law
601 Poydras | Suite 2775 | New Orleans, LA 70130
Tel 504.568.1990 | Direct 504.310.9163 | Fax 504.310.9195

---

**From:** Riccardo Valentini <rvalentini@unico-commodities.com>
**Sent:** Friday, October 8, 2021 5:00 PM
**To:** Steven Shenker <sshenker@pppllc.com>
**Cc:** Alan Davis <adavis@lawla.com>; Adelaida Ferchmin <aferchmin@lawla.com>; Hirsh, Robert M. <rhirsh@lowenstein.com>; Vikas Tandon (vikas@jmbcapital.com) <vikas@jmbcapital.com>; Blair Woolheater <BWoolheater@pppllc.com>; 'rg@richardgormanlaw.com' <rg@richardgormanlaw.com>; Chris O'Toole <cotoole@unico-commodities.com>; Edwin Mendoza <eamendoza@unico-commodities.com>
**Subject:** Re: Unico Commodities Notice of Non-Payment

Mr. Shenker,

in response to your notice below dated October 6th 2021, we hereby confirm that Unico Commodities was able to secure funds for Unico Marine honoring its parent guarantee (5 business days from such notice) and payment was issue by Unico Marine directly.

Reference:
FED # is: 20211008MMQFMPL0000214 (see confirmation attached)
Such payment is to be intended for the hire of Morton S. Bouchard Jr./Barge 220 (NKA Morena/UMS 220)

As far as the other two units please we would like to remind you that:

- Denise A. Bouchard/Barge 284 (NKA Rubia/UMS 284) has been already re-delivered to JMB

- Linda Lee Bouchard/Barge 205 (NKA Bella/UMS 205) is Off Hire for latent defects and currently under litigation

Please provide confirmation of the receipt of the funds and please be guided accordingly.

Kind Regards,

**Riccardo Curcio Valentini**
Managing Member
M. +1.713.201.9863
D. +1.832.917.5835
O. +1.800.576.7503



www.unico-commodities.com

---

**From:** Steven Shenker <sshenker@pppllc.com>
**Date:** Wednesday, October 6, 2021 at 9:47 PM
**To:** Riccardo Valentini <rvalentini@unico-commodities.com>, "'rg@richardgormanlaw.com'" <rg@richardgormanlaw.com>
**Cc:** Alan Davis <adavis@lawla.com>, "Adelaida J. Ferchmin (aferchmin@lawla.com)" <aferchmin@lawla.com>, "Hirsh, Robert M." <rhirsh@lowenstein.com>, "Vikas Tandon (vikas@jmbcapital.com)" <vikas@jmbcapital.com>, Blair Woolheater <BWoolheater@pppllc.com>
**Subject:** Unico Commodities Notice of Non-Payment

Riccardo/Richard,

CONFIDENTIAL                                                                                                                    JMB_00006276

P-02915E-00000979

Per paragraph number three (3) of the attached parent guarantee from Unico Commodities, this email shall serve as formal notice to Unico Commodities LLC, Inc., Parent Company guarantor to Unico Marine, that Unico Marine has failed to make timely payments under each of its Bare Boat Charter Agreements for the Linda Lee Bouchard/Barge 205 (NKA Bella/UMS 205), Morton S. Bouchard Jr./Barge 220 (NKA Morena/UMS 220) and the Denise A. Bouchard/Barge 284 (NKA Rubia/UMS 284). Please be guided accordingly.

Best,
Steven

Steven Shenker
Portage Point Partners
(646) 582-9781 (o)
(516) 404-1345 (m)
sshenker@pppllc.com

portagepointpartners.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information and is intended only for the use of the intended addressee. It is the property of Portage Point Partners, LLC or its affiliates ("Portage Point"). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to info@pppllc.com and destroy this communication and all copies thereof, including all attachments. The information contained herein is not intended to provide advice or a basis for any investment, operational or other recommendation by Portage Point and Portage Point assumes no liability for any reliance hereon or materials contained herein.