# EXHIBIT 7

# APPENNDIX 1 – UNICO MARINE REPLY BRIEF

# APPENNDIX 1 – UNICO MARINE REPLY BRIEF

**From:** Riccardo Valentini <rvalentini@unico-commodities.com>
**Date:** Friday, November 12, 2021 at 11:57 AM
**To:** "Vikas Tandon (vikas@jmbcapital.com)" <vikas@jmbcapital.com>, "sshenker@pppllc.com" <sshenker@pppllc.com>
**Cc:** Patrick Lennon <plennon@lmplaw.net>, Alan Davis <adavis@lawla.com>, Edwin Mendoza <eamendoza@unico-commodities.com>, Chris O'Toole <cotoole@unico-commodities.com>
**Subject:** JMB Shipping ATB 205 // option to extend // second term Unico Marine

To:

JMB Shipping ATB 205, LLC
205 South Martel Avenue
Los Angeles, California 90036
Att.: Mr. Vikas Tandon

Dear Mr. Vikas

Under the Bareboat Charter Party Agreement dated May 5, 2021, and pursuant to Clause 5(c) thereof, Charterer, Unico Marine, hereby gives notice to Owner, JMB Shipping ATB 205, LLC, of its intention to exercise its option to extend the charter party for a further six month term commencing January 1, 2022.

Please note that this notices has been already sent to JMB by US certified mail, return receipt requested as per contract.

Kind Regards,

_____
**Riccardo Curcio Valentini**
Managing Partner

3773 Richmond Avenue, Suite 565
Houston, TX 77046

O. +1.832.582.5221
C. +1.713.201.9863



www.unico-commodities.com

**Patrick Lennon**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Monday, November 15, 2021 8:54 PM |
| **To:** | Edwin Mendoza |
| **Subject:** | USPS® Item Delivered, In/At Mailbox EJ538735654US |



Hello **Edwin Mendoza**,

Your item was delivered in or at the mailbox at 5:49 pm on November 15, 2021 in LOS ANGELES, CA 90036. Waiver of signature was exercised at time of delivery.

Tracking Number: **EJ538735654US**

**Delivered, In/At Mailbox**







Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.

   

1

Download USPS Mobile®

 

USPS.com | Privacy Policy | Customer Service | FAQs

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2017. All rights reserved.

# APPENNDIX 2 – UNICO MARINE REPLY BRIEF

APPENNDIX 2 – UNICO MARINE REPLY BRIEF

**From:** Riccardo Valentini <rvalentini@unico-commodities.com>
**Date:** Friday, November 12, 2021 at 11:57 AM
**To:** "Vikas Tandon (vikas@jmbcapital.com)" <vikas@jmbcapital.com>, "sshenker@pppllc.com" <sshenker@pppllc.com>
**Cc:** Patrick Lennon <plennon@lmplaw.net>, Alan Davis <adavis@lawla.com>, Edwin Mendoza <eamendoza@unico-commodities.com>, Chris O'Toole <cotoole@unico-commodities.com>
**Subject:** JMB Shipping ATB 220 // option to extend // second term Unico Marine

To:

JMB Shipping ATB 220, LLC
205 South Martel Avenue
Los Angeles, California 90036
Att.: Mr. Vikas Tandon

Dear Mr. Vikas

Under the Bareboat Charter Party Agreement dated May 12, 2021, and pursuant to Clause 5(c) thereof, Charterer, Unico Marine, hereby gives notice to Owner, JMB Shipping ATB 220, LLC, of its intention to exercise its option to extend the charter party for a further six month term commencing December 31, 2021.

Please note that this notices has been already sent to JMB by US certified mail, return receipt requested as per contract.

Kind Regards,

_____
**Riccardo Curcio Valentini**
Managing Partner

3773 Richmond Avenue, Suite 565
Houston, TX 77046

O. +1.832.582.5221
C. +1.713.201.9863



www.unico-commodities.com

**Patrick Lennon**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Monday, November 15, 2021 8:54 PM |
| **To:** | Edwin Mendoza |
| **Subject:** | USPS® Item Delivered, In/At Mailbox EJ538736371US |



Hello **Edwin Mendoza**,

Your item was delivered in or at the mailbox at 5:49 pm on November 15, 2021 in LOS ANGELES, CA 90036. Waiver of signature was exercised at time of delivery.

Tracking Number: **EJ538736371US**

**Delivered, In/At Mailbox**



**Tracking & Delivery Options**

**My Account**

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.



   

1

Download USPS Mobile®

 

USPS.com | Privacy Policy | Customer Service | FAQs

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2017. All rights reserved.