UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JMB SHIPPING ATB 205, LLC, JMB
SHIPPING ATB 220, LLC, AND JMB
SHIPPING ATB 284, LLC,

                              Petitioners,

                   -against-

UNICO MARINE SERVICES LLC,

                              Respondent.

26-cv-416 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On February 6, 2026, Respondent filed a Motion to Confirm Arbitration. ECF No. 16.

Petitioners are ORDERED to respond by February 27, 2026.

**SO ORDERED.**

**Dated:**   February 13, 2026

            New York, New York

_____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**