UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JMB SHIPPING ATB 205, LLC, JMB SHIPPING ATB 220, LLC, and JMB SHIPPING ATB 284, LLC,<br><br>Petitioners,<br><br>- v -<br><br>UNICO MARINE SERVICES LLC,<br><br>Respondent. | Civil Action No. 1:26-cv-00416<br><br>**AMENDED JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, for the reasons stated in the Court's Opinion and Order dated June 30, 2026 (ECF No. 21), Petitioners' Motion to Vacate the Arbitration Award is DENIED, Respondent's Cross-Motion to Confirm the Arbitration Award is GRANTED, and the November 13, 2025 Final Award is CONFIRMED in its entirety.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered in accordance with the Final Award as follows:

**A. ATB 205**

Judgment is entered in favor of **Unico Marine Services LLC** and against **JMB Shipping ATB 205, LLC** in the following amounts:

1. Compensatory damages: **$4,992,980.00**;
2. Prejudgment interest in the amount of **$1,429,018.21**, together with additional interest in the amount of **$197,598.89** accruing at the Federal Reserve prime lending rate, as provided in the Final Award, from December 13, 2025 until the date this Judgment is entered; and

3. Attorneys' fees and expenses: **$641,899.55**

as awarded by the Arbitration Panel.

**B. ATB 220**

Judgment is entered in favor of **Unico Marine Services LLC** and against **JMB Shipping ATB 220, LLC** in the following amounts:

1. Compensatory damages: **$7,139,460.00**;
2. Prejudgment interest in the amount of **$2,042,716.84**, together with additional interest in the amount of **$282,546.57** accruing at the Federal Reserve prime lending rate, as provided in the Final Award, from December 13, 2025 until the date this Judgment is entered;
3. Attorneys' fees and expenses: **$124,921.09**

as awarded by the Arbitration Panel.

**C. ATB 284**

Judgment is entered in favor of **JMB Shipping ATB 284, LLC** and against **Unico Marine Services LLC** in the following amounts:

1. Compensatory damages: **$512,112.00**;
2. Prejudgment interest in the amount of **$146,660.46**, together with additional interest in the amount of **$20267.01** accruing at the Federal Reserve prime lending rate, as provided in the Final Award, from December 13, 2025 until the date this Judgment is entered;
3. Attorneys' fees and expenses: **$380,000.00**

as awarded by the Arbitration Panel.

**D. Arbitration Costs**

The Court confirms the allocation of the Arbitration Panel's fees and expenses set forth in the Final Award and Appendix A thereto. The parties shall remain responsible for such fees and expenses in the percentages and manner directed by the Arbitration Panel.

**E. Post-Judgment Interest**

The monetary amounts set forth in this Judgment include all prejudgment interest awarded under the Final Award through the date of entry of this Judgment. Post-judgment interest shall accrue on this Judgment in accordance with 28 U.S.C. § 1961 from the date of entry until paid.

The Clerk of Court is respectfully directed to enter judgment accordingly and close this case.

Dated: July 14, 2026

New York, New York

Andrew L. Carter Jr.
United States District Judge